R. D. BROWN, Appellant, v. Arthur J. FREUND, Trustee of Kings County Postal Building Corporation, Debtor, et al.

No. 11774.

Circuit Court of Appeals, Eighth Circuit.

Sept. 17, 1940.

Thompson, Mitchell, Thompson & Young, of St. Louis, Mo., Harold H. Bredell, of Indianapolis, Ind., and Ronald J. Foulis, of St. Louis, Mo., for appellant.

Arthur J. Freund, of St. Louis, Mo., and G. Gale Roberson, of Chicago, Ill., for appellees.

PER CURIAM.

Motions of trustee and debtor to dismiss appeal granted and appeal dismissed at costs of appellant.

Guy T. HELVERING, Commissioner of Internal Revenue, v. Harry C. DAVIS.

No. 2220.

Circuit Court of Appeals, Tenth Circuit.

Oct. 7, 1940.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Edward Z. Klahr, of Denver, Colo., for respondent.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. John R. SHEPLEY.

No. 11840.

Circuit Court of Appeals, Eighth Circuit.

Sept. 3, 1940.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Daniel N. Kirby and Harry W. Kroeger, both of St. Louis, Mo., for respondent.

PER CURIAM.

Petition for review of decision of Board of Tax Appeals docketed and dismissed, without taxation of costs in favor of either of the parties in this Court, on motion of petitioner and consent of respondent.

LOCAL UNIONS 886 AND 523 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA v. Honorable Edgar S. VAUGHT, Judge of the United States District Court for the Western District of Oklahoma.

No. 2221.

Circuit Court of Appeals, Tenth Circuit.

Oct. 25, 1940.

Schwoerke & Schwoerke, of Oklahoma City, Okl., for petitioners.

Dudley, Hyde, Duvall & Dudley, of Oklahoma City, Okl., for respondent.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Petition for writ of prohibition dismissed on motion of petitioners.